UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK HUFF,<br><br>        Plaintiff,<br><br>    vs.<br><br>WARDEN SHERMAN, et al.,<br><br>        Defendants. | 1:16-cv-01117-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON APRIL 2, 2018<br>(ECF No. 18.)<br><br>THIRTY DAY DEADLINE TO FILE SECOND AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A § 1983 COMPLAINT FORM |

**I.    BACKGROUND**

Erick Huff ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2016, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On August 28, 2017, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) The court screened the First Amended Complaint and issued a screening order on February 12, 2018, dismissing the complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days. (ECF No. 16.) The thirty-day time period had expired without Plaintiff filing a Second Amended Complaint nor any other response to the screening order.

1

On April 2, 2018, the court entered findings and recommendations to dismiss this case for Plaintiff's failure to state a claim. (ECF No. 18.) On April 19, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 19.)

## II. DISCUSSION

In his objections, Plaintiff notifies the court that he has been transferred to another prison and he requests an extension of time to file the Second Amended Complaint. (Id.) Plaintiff also requests the court to send him a § 1983 complaint form. (Id.) Good cause appearing, the court shall vacate the findings and recommendations of April 2, 2018, and allow Plaintiff thirty days in which to file the Second Amended Complaint.

## III. CONCLUSION

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on April 2, 2018, are VACATED;
2. The Clerk shall send Plaintiff a § 1983 complaint form;
3. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a Second Amended Complaint, pursuant to the court's order of February 12, 2018; and
4. Plaintiff's failure to comply with this order shall result in the dismissal of this case, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated: **April 23, 2018**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE