UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK HUFF,<br><br>        Plaintiff,<br><br>   vs.<br><br>WARDEN SHERMAN, et al.,<br><br>        Defendants. | 1:16-cv-01117-LJO-GSA-PC<br><br>ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br>(ECF No. 15.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

**I.    BACKGROUND**

Erick Huff ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2016, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On August 28, 2017, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) The court screened the First Amended Complaint and issued a screening order on February 12, 2018, dismissing the complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days. (ECF No. 16.) The thirty-day time period expired, and Plaintiff did not file a Second Amended Complaint or otherwise responded to the screening order. As a result, there was no pleading on file which set forth any claims upon which relief may be granted.

On April 2, 2018, the court entered findings and recommendations to dismiss this case for Plaintiff's failure to state a claim. (ECF No. 18.) On April 19, 2018, Plaintiff filed objections to the findings and recommendations, requesting a thirty-day extension of time. (ECF No. 19.) On April 23, 2018, the court issued an order vacating the findings and recommendations and granting Plaintiff thirty more days to file the Second Amended Complaint. (ECF No. 20.)

The latest thirty-day deadline to file the Second Amended Complaint has expired, and Plaintiff has not filed the Second Amended Complaint or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case is DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
2. This dismissal is subject to the "three strikes" provision of 28 U.S.C. § 1915(g); and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

    Dated:   **June 15, 2018**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE